Nov. Term,
1857.

PIATT
v.
DAWES.

Wednesday,
January 13.

TURNER v. THE STATE.

APPEAL from the *Spencer* Court of Common Pleas.

*Per Curiam.*—This is a prosecution for selling intoxicating liquors under the statute of 1855. Motion to quash information overruled. Defendant fined.

For the reasons given in the case of *O'Daily* v. *The State*, at this term, the judgment is reversed (1).

*W. C. Moreau*, for the appellant.

*D. C. Chipman*, for the state.

(1) 9 Ind. R. 494.